UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FELLICIA BROWN,

                              Plaintiff,

        -against-

METROPOLITAN DENTAL ASSOCIATES,
D.D.S. P.C. at al.,

                           Defendants.
------------------------------------------------------------------X

**21-CV-00851 (CM)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Discovery in this matter closed on August 26, 2022. See ECF No. 27.  The parties are directed to submit a joint letter providing the Court an update on the status of the case by no later than **Thursday, December 8, 2022**.

        **SO ORDERED.**

DATED:    New York, New York
                December 1, 2022

                                                        _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge