

# Law Office of David Wims

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

December 28, 2022



Application Granted

Valerie Figueredo, U.S.M.J.

DATED: 12-29-2022

## BY ECF

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Attn: Honorable Magistrate Judge Valerie Figueredo

Re:    *Fellicia Brown v. MDA et al* **(21CV851)(CM)(VF)**

Dear Judge Figueredo,

I am the attorney for Defendants in the above referenced action.  I write to request an one week extension of the time in which Defendants may file their summary judgment motion.  This request is necessitated by the fact that I am out of the office and sick, and have been since 12/24/2022.

Currently, Defendants are to move on or before December 30, 2022; with Plaintiff's opposition due on or before February 1, 2023; and Defendants' reply, if any, due on or before February 8, 2023. Defendants now wish to move for summary judgment on or before January 6, 2023; with Plaintiff's opposition due on or before February 8, 2023; and Defendants' reply, if any, due on or before February 15, 2023.

I requested Plaintiff's consent to this application via email but have not heard back from Plaintiff's counsel.  This is Defendants' first request for an extension of this deadline.  I requested Plaintiff's consent to this application via email but have not heard back from Plaintiff's counsel.

Thank You for Your time and attention.  Kindly direct any questions to the undersigned.

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)


Cc: Honorable Colleen McMahon
Greg Calliste, Esq. (By ECF)